# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────

No. 1D19-2893

───────────────────────

CYNTHIA ROBINSON, as Personal
Representative of the Estate of
Michael Johnson, Sr.,

    Appellant/Cross-Appellee,

    v.

R. J. REYNOLDS TOBACCO CO., et
al.,

    Appellees/Cross-Appellants.

───────────────────────

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 29, 2021

PER CURIAM.

AFFIRMED. *See R.J. Reynolds Tobacco Co. v. Prentice*, 290 So. 3d 963, 966 (Fla. 1st DCA 2019), *review granted*, No. SC20-291, 2020 WL 4590156 (Fla. Aug. 11, 2020). Because the direct appeal is affirmed, the cross-appeal is dismissed. *See R.J. Reynolds Tobacco Co. v. Brown*, 286 So. 3d 877 (Fla. 5th DCA 2019) (dismissing conditional cross-appeal as moot when affirming issues raised on appeal).

ROWE, C.J., and M.K. THOMAS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Douglas F. Eaton of Eaton & Wolk, P.L., Miami; Willie E. Gary, Charles L. Scott, Larry A. Strauss, and Diana Correa of Gary, Williams, Parenti, Watson & Gary, P.L.L.C., Stuart; and Howard M. Acosta of the Law Offices of Howard M. Acosta, St. Petersburg, for Appellant/Cross-Appellee.

Charles F. Beall and Larry Hill of Moore, Hill & Westmoreland, P.A., Pensacola; Stephanie E. Parker, John M. Walker, Emily C. Baker, and Brian C. Lea of Jones Day, Atlanta, Georgia; and Charles R.A. Morse of Jones Day, New York, New York, for Appellees/Cross-Appellants.